UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 16-01948-JGB (KKx) | Date | February 13, 2017 |
| Title | North County Fruit Sales, Inc. v. Stay Fresh Distributors, Inc., et al. | | |

Present: The Honorable JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Irene Vazquez | Adele C. Frazier |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Bartholomew M. Botta | Ethan D. Kirschner |

**Proceedings: SCHEDULING CONFERENCE**

A Scheduling Conference was held. A trial schedule was set. See separate trial scheduling order for more details.

| Hearing | Date |
|---|---|
| X Jury Trial *or* ☐ Court Trial<br>(Tuesday at 9:00 a.m.) Length: 4 Days | 2/13/2018 at 9:00 a.m. |
| Final Pretrial Conference [L.R. 16] and Hearing on Motions *In Limine*<br>(Monday - (2) weeks before trial) | 1/29/2018 at 11:00 a.m. |
| Last Date to Conduct Settlement Conference | 10/30/2017 |
| Last Date to ***Hear*** Non-discovery Motions<br>**(Monday at 9:00 a.m.)** | 12/18/2017 |
| All Discovery Cut-Off (including hearing all discovery motions) | 10/2/2017 |
| Expert Disclosure (Rebuttal) | 9/11/2017 |
| Expert Disclosure (Initial) | 8/28/2017 |
| Last Date to Amend Pleadings<br>or Add Parties | 5/17/2017 |

Pursuant to L.R. 16-15.4, the parties have selected the following settlement procedure:

ADR Settlement Choice:

☒ Magistrate Judge

☐ Attorney Settlement Officer Panel

☐ Private Mediation

IT IS SO ORDERED.

CC: ADR

Time: 00:08 IV